**Form B18_7** (Official Form 18)(9/97)

# United States Bankruptcy Court

## District of Colorado

**Case No. 04−27971−EEB**

**Chapter 7**

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Laura Renee McClurg
aka(s), if any will be listed on the last page.
4400 S. Monaco
#125
Denver, CO 80237

Social Security No.:
xxx−xx−4417

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR(s)

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** : The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

***BY THE COURT***

***Dated:*** 12/1/04

Elizabeth E. Brown
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18_7 continued (7/97)

**EXPLANATION OF BANKRUPTCY DISCHARGE**
**IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# Aliases Page

**Debtor aka(s):**

No Aliases for Debtor

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

District/off: 1082-1 User: admin Page 1 of 1 Date Rcvd: Dec 01, 2004
Case: 04-27971 Form ID: 177 Total Served: 15

The following entities were served by first class mail on Dec 03, 2004.

| | |
|---|---|
| db | +Laura Renee McClurg, 4400 S. Monaco, #125, Denver, CO 80237-3447 |
| aty | +Hilary B. Bonial, 9441 LBJ Freeway, Suite 350, Dallas, TX 75243-4545 |
| aty | +Robert L. Eckelberry, 26 W. Dry Creek Cir., #450, Littleton, CO 80120-8064 |
| tr | +Joseph Rosania, 390 Interlocken Crescent, Ste. 490, Broomfield, CO 80021-8039 |
| 7356308 | +Bank One, P.O. Box 9001950, Louisville, KY 40290-1950 |
| 7356309 | +Citi Cards, P.O. Box 6406, The Lakes, NV 88901-6406 |
| 7356310 | +CitiCard, P.O. Box 6000, The Lakes, NV 89163-0001 |
| 7356311 | +Dell Preferred Account, P.O. Box 81577, Austin, TX 78708-1577 |
| 7356313 | +MBNA America, P.O. Box 15286, Wilmington, De 19886-5286 |
| 7356314 | +Netlnet Loan Services, P.O. Box 17460, Denver, CO 80217-0460 |
| 7356316 | +Volkswagen Credit, P.O. Box 894756, Los Angeles, CA 90189-4756 |

The following entities were served by electronic transmission on Dec 02, 2004 and receipt of the transmission was confirmed on:

| | |
|---|---|
| 7356307 | +EDI: BANKAMER.COM Dec 02 2004 03:41:00 Bank of America, P.O. Box 5270, Carol Stream, IL 60197-5270 |
| 7356312 | +E-mail: mrdiscen@discoverfinancial.com Dec 02 2004 03:30:26 Discover Card, P.O. Box 30395, Salt Lake City, UT 84130-0395 |
| 7356315 | +EDI: WTRRNBANK.COM Dec 02 2004 03:41:00 Retailers National Bank, P.O. Box 59317, Minneapolis, MN 55459-0317 |
| 7356317 | +EDI: WTRWFNNB.COM Dec 02 2004 03:40:00 WFNNB - Victoria's Secret, P.O. Box 182128, Columbus, OH 43218-2128 |

TOTAL: 4

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr VW Credit, Inc.

TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 03, 2004** **Signature:** Joseph Speetjens